IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                            **CASE NO.: 1:04-CR-010-SPM**

**JOHNNY GEORGE,**

    **Defendant.**

_____/

### ORDER REDUCING RESTITUTION AMOUNT

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Reduce Monthly Amount of Restitution Payment" (doc. 463) filed by Defendant Johnny George December 30, 2005.  Defendant explains that his salary has recently decreased, making it difficult for him to meet his monthly restitution obligation of $350.00.  Defendant estimates that he can pay $100.00 each month and still meet other expenses.  Neither the Government nor the Probation Office has any objection to this modification.

The Court finds good reason for the reduction.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to reduce restitution payments (doc. 463) is hereby *granted*.

2. Defendant shall make monthly restitution payments in the amount of **$100.00**.

3. All remaining conditions in the judgment and sentencing documents shall remain in full force and effect.

**DONE AND ORDERED** this <u>fourth</u> day of January, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

/pao