IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                         CASE NO.: 1:04-CR-010-SPM

**JOHNNY GEORGE,**

   Defendant.

_____/

### ORDER CONTINUING REVOCATION HEARING

**THIS CAUSE** comes before the Court upon the "Amended Defendant's Unopposed Motion to Continue Revocation Hearing" (doc. 539) filed May 1, 2007, in which defense counsel requests a continuance in order to permit the pending state DUI charge to move forward before determining the best position for his client. Counsel advises that although Defendant was arrested in February of 2007, he has not yet had a first appearance and appointment of an attorney.

For good cause shown, it is

**ORDERED AND ADJUDGED** that the motion (doc. 539) is *granted* and the hearing is reset for **Monday, July 2, 2007** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>second</u> day of May, 2007.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge