IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                      **CASE NO.: 1:04-CR-010-SPM**

**JOHNNY GEORGE,**

    **Defendant.**
_____/

**ORDER CONTINUING REVOCATION HEARING**

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Revocation Hearing" (doc. 550) filed June 1, 2007, in which defense counsel requests a continuance based on a previously-scheduled family vacation. The Government has no objection to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** that the motion (doc. 550) is *granted* and the hearing is reset for **Monday, August 6, 2007** at *1:30pm* at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this fourth day of June, 2007.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge