UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO.: 1:04-CR-010-SPM

JOHNNY C. GEORGE,

    Defendant.

_____/

**ORDER CONTINUING REVOCATION HEARING**

**THIS CAUSE** comes before the Court upon "Defendant's Motion to Continue Revocation Hearing" (doc. 567). As grounds, defense counsel states the need for more time for the state proceedings that have given rise to the current violation to progress to a point where there is a first appearance and appointment of counsel for Defendant. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion to Continue (doc. 567) is *granted*.

2.    The revocation hearing shall be rescheduled for **Monday, October 1, 2007 at 1:30 p.m.**

**DONE AND ORDERED** this third day of August, 2007.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge