IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        CASE NO.: 1:04-CR-010-SPM

JOHNNY GEORGE,

    Defendant.

_____/

## ORDER CONTINUING REVOCATION HEARING

THIS CAUSE comes before the Court upon "Defendant's Motion to Continue Revocation Hearing" (doc. 593). As grounds, defense counsel states the need for the state proceedings to be completed. Defendant's state court trial is scheduled for December 7, 2007.

Finding good cause for the postponement, it is it is hereby ORDERED AND ADJUDGED that the motion (doc. 586) is *granted* and the revocation hearing is reset for **Monday, January 7, 2008** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this third day of December, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge